FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 9:01 am, Oct 22, 2020

# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | |
|---|---|
| KARLTON GREGSON and KINSI GREGSON, <br><br> Plaintiffs, <br><br> v. <br><br> TCI MECHANICAL, INC., <br><br> Defendant. | CV 219-133 |

### ORDER

Before the Court is the parties' joint stipulation of dismissal, dkt. no. 30, wherein they notify the Court that they wish to dismiss all claims asserted in this action with prejudice. The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims asserted in this action are **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 21 day of October, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA